UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,               :   WAIVER OF
                                            INDICTMENT
         -v.-                           :

ALEKSANDR BURMAN,                       :   16 Cr.      (PGG)
    a/k/a "Alexander Burman,"
                                        :   **16 CRIM 190**

             Defendant.                 :

- - - - - - - - - - - - - - - - - - - x

       ALEKSANDR BURMAN, a/k/a "Alexander Burman," the above-named defendant, who is accused of violating Title 18, United States Code Sections 1349, **1347, 3147, and 2,** being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

       _____
       Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 0 8 2016

       _____
       Witness

       _____
       Counsel for Defendant

Date:    New York, New York
         March 8, 2016

JUDGE GARDEPHE