My name is Lolita Kalinova. I am a single mother of two twin boys raising them by myself working full time. I know Aleksandr Burman for about 5 years. My twins went to the same school with Aleksandr daughter Jennifer Burman. We met in school in a PA meeting and for me it was very pleasant to see a man who is so involved with all the meetings, education, school it self and all the school activities and fundraisers. Going on a school trips and carrying not just about his child, but for all the kids. When I got to know him a little better I learn how kind, caring and generous man he is , who has a lot of sympathy to people . The example of it when we spoke and he saw how hard is it for me to rise 2 kids without a husband and that I was struggling financially he was the only person that I know who offered his help. Aleksandr Burman offer to help kids with books and school supplys. For me it was something shaking. Nobody ever offer me to help my kids from the heart, just because he knew how hard it is for me to rise my boys. I would always talk about him very high and it is such a privilege for me to know him. Everytime I would see him Aleksand would always concern who my boys were and if there is anything that they need, food, clothing. I just Feel that there is amazing that person cares so much for other people. When I heart that Aleksandr Burman is having a problem I felt so bad and wanted to help him with just anything.  So Without any request I decided to write a letter just to say how good is person is. And that he has a heart of gold. And he really deserves a second chance. People like Aleksandr Burman are very hard to find. Somebody with a huge heart and carrying so much for others.

Truly yours,

Lolita Kolinova

Brooklyn, NY █████