UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ALEKSANDR BURMAN,

                Defendant.

**ORDER**

16 Cr. 190 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      On June 19, 2017, this Court entered a judgment against Defendant Burman that includes restitution in the amount of $18,683,691.00. $1,996,880.00 of that restitution amount is owed to the New York State Office of the Medicaid Inspector General. (Judgment (Dkt. No. 49) at 6) Between May 7, 2018 and December 11, 2019, nine judgments were entered in a related case – United States v. Vaid, et al., 16 Cr. 763 (LGS) – in which Burman is a named co-conspirator. Those judgments impose joint and several restitution liability on the co-defendants in that case and on Defendant Burman. (Gov't Nov. 15, 2019 Ltr. (Dkt. No. 64) at 1)

      In July 2019, Marina Burman – Alexsandr Burman's ex-wife and a defendant in Vaid – paid $2.25 million in restitution to the Clerk of Court for distribution to the New York State Office of the Medicaid Inspector General. (Id. at 1) The Government has informed this Court that Ms. Burman's restitution payment can only be credited against Mr. Burman's restitution obligation if Mr. Burman's restitution obligation in 16 Cr. 190 (PGG) is made joint and several with the restitution obligations of the defendants in Vaid. (Id. at 2) The Government has therefore requested that this Court enter an Amended Judgment that makes Mr. Burman's restitution obligation joint and several with the restitution obligations of the defendants in Vaid.

(Id. at 2) Defense counsel has not been able to obtain Mr. Burman's consent to enter an Amended Judgment, however. (Id. at 2; Def. Nov. 27, 2019 Ltr. (Dkt. No. 66))

Accordingly, it is hereby ORDERED that Defendant Aleksandr Burman shall submit a letter to this Court by **January 12, 2020**, stating whether he objects to this Court entering an Amended Judgment that would make his restitution obligation joint and several with that of the defendants in Vaid. If Mr. Burman does not respond by January 12, 2020, then Ms. Burman's restitution payment to the New York State Office of the Medicaid Inspector General will proceed and will not be credited against Mr. Burman's restitution obligation.

It is further ORDERED that the Clerk of Court will send copies of this Order, the Government's November 15, 2019 letter (Dkt. No. 64), and Mr. Burman's existing judgment (Dkt. No. 49) to Mr. Burman at Federal Correctional Institution Allenwood at the following address, by certified mail, and marked "Legal Mail":

    ALEKSANDR BURMAN
    INMATE NO 50234-054
    FCI ALLENWOOD LOW
    FEDERAL CORRECTIONAL INSTITUTION
    P.O. BOX 1000
    WHITE DEER, PA 17887

Dated: New York, New York
       December 16, 2019         SO ORDERED.

                                                  Paul G. Gardephe
                                                  United States District Judge