UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ALEKSANDR BURMAN,

Defendant.

**ORDER**

16 Cr. 190 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the Government will respond to Defendant's motion pursuant to 18 U.S.C. § 3582 (Dkt. No. 78) by **May 27, 2020**.

Dated:  New York, New York
        May 21, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge