UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ALEKSANDR BURMAN,

Defendant.

**ORDER**

16 Cr. 190 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Government will respond to Defendant's motion pursuant to 18 U.S.C. § 3582 (Dkt. No. 89) by December 23, 2020.

Dated: New York, New York
       December 17, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge