UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ALEKSANDR BURMAN,

                 Defendant.

**ORDER**

16 Cr. 190 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        In connection with his application for compassionate release (Dkt. No. 78), Defendant Burman reports that he has tested positive for the Covid-19 virus. By Friday, **February 5, 2021**, the Government will provide an update to the Court regarding Burman's condition.

Dated: New York, New York
       February 1, 2021

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge